NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENJAMIN AGBANIYAKA,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3211

---

Petition for review of the Merit Systems Protection Board in case no. CB7121100015-R-1.

---

## ON MOTION

---

## O R D E R

The Department of the Treasury moves for a 14-day extension of time, until January 20, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 2 8 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Benjamin Agbaniyaka
     K. Elizabeth Witwer, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 8 2011**

**JAN HORBALY**
**CLERK**